_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 28, 2015

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Michael Chen, Esq., Nevada SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-85CB, Mortgage Pass-Through Certificates, Series 2005-85CB, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 15-13793-abl |
| | ) |
| Margaret L. Rice aka Margaret Louise Rice aka Margaret L. McMurray, | ) Chapter 7 |
| | ) |
| | ) DATE: 09/23/15 |
| Debtor. | ) TIME: 10:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

      The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 140 Ida Bell Dr Unit 8224, Keystone, CO 80435.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Michael Chen, Esq*
Michael Chen, Esq.
Kristin A. Schuler-Hintz, Esq.
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 685-0329

Approved/Disapproved

*Served with Motion for Relief on 8/20/15-no response received*
Frank J. Sorrentino, Esq.
1118 E Carson Ave.
Las Vegas, NV 89101
(702) 384-6824

Approved/Disapproved

*Served with Motion for Relief on 8/20/15-no response received*
Yvette Weinstein
6450 Spring Mtn Rd #14
Las Vegas, NV 89146

<u>ALTERNATIVE METHOD re; RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: None

    Unrepresented parties appearing: None

    Trustee: No Appearance at Hearing; No additional Service required.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/ Michael Chen.
Michael Chen, Esq.
Kristin A. Schuler-Hintz, Esq.

###

*Rev. 12.09*               M&H File No. NV-15-116507
                                                       15-13793-abl