Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

E-filed: 9/29/2015

Attorneys for The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-85CB, Mortgage Pass-Through Certificates, Series 2005-85CB, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Margaret L. Rice aka Margaret Louise Rice Aka Margaret L. McMurray,<br><br>  Debtor. | ) Case No. 15-13793-abl<br>)<br>) Chapter : 7<br>)<br>) **NOTICE OF ENTRY OF ORDER**<br>) **TERMINATING AUTOMATIC STAY**<br>)<br>)<br>) HEARING<br>) Date:   09/23/2015<br>) Time:   10:30 am<br>)<br>)<br>) |

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Local Bankruptcy Rule 9022, that an ORDER TERMINATING AUTOMATIC STAY UNDER 11 USC § 362 (in whole or part) was entered on 09/28/2015.

On 9/29/2015, I served the foregoing documents as NOTICE OF ENTRY OF ORDER TERMINATING AUTOMATIC STAY on the following individuals by electronic means

1

through the Court's ECF program

    Frank J. Sorrentino
    carson@franksorrentino.com

    Yvette Weinstein
    yweinsteinhsd@earthlink.net

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                /s/ Adrian Lupes
                Adrian Lupes

On 9/28/2015, I served the foregoing documents described as NOTICE OF ENTRY OF ORDER TERMINATING AUTOMATIC STAY on the following individuals by depositing true copies thereof in the United States mail at San Diego, CA, enclosed in a sealed envelope, with postage paid, addressed as follows:

Margaret L. Rice aka Margaret Louise Rice aka Margaret L. McMurray
7621 Nocturne Court
Las Vegas, NV 89128

CO-BORROWER
Mark Rice
210 N Eubanks St
Whitewright, TX 75491

SPECIAL NOTICE
Recovery Management Systems Corporation
Attn: Managing Agent
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Bank Of America
1800 Tapo Canyon Rd
Simi Valley, CA 93063

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct**

9/28/2015                                 /s/ Christian Aguilar
                                       Christian Aguilar